```
               IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION
```

BOBBY GRINDLE,                          *

       Plaintiff                *

vs.                                     *
                                        CASE NO. 3:04-CV-71 (CDL)
JO ANNE B. BARNHART,                    *
Commissioner of Social Security,
                                  *

       Defendant
                                  *

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on April 15, 2005, is hereby approved, adopted, and made the Order of the Court.

    IT IS SO ORDERED, this 4th day of May, 2005.

                                                    S/Clay D. Land
                                                       CLAY D. LAND
                                             UNITED STATES DISTRICT JUDGE